IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KINGRALE COLLINS**                                                                                 **PLAINTIFF**
**ADC #SK945**

**V.**                              **NO: 5:09CV00323 BSM**

**JONES**                                                                                 **DEFENDANT**

## ORDER

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young. The parties have filed no objections. After carefully reviewing the recommended disposition and reviewing the record *de novo,* it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the $350.00 filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the court's order.

2. The court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of January, 2010.

                                                                                     UNITED STATES DISTRICT JUDGE