IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KINGRALE COLLINS**                                                 **PLAINTIFF**
**ADC #SK945**

**V.**                      **NO: 5:09CV00323 BSM**

**JONES**                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of January, 2010.

                                                UNITED STATES DISTRICT JUDGE